IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 03-cv-488-WYD-BNB

BRENDA ATTEBERRY,

    Plaintiff,

v.

LONGMONT UNITED HOSPITAL, a Colorado nonprofit corporation; and
JOHN D. LEONARD, M.D.,

    Defendants.

_____

**ORDER**
_____

THIS MATTER is before the Court on Brian C. Proffitt's Notice of Withdrawal, filed November 21, 2005. In his Notice, Mr. Proffitt states that Daniel R. McCune and Miles L. Buckingham of Kennedy Christopher Childs & Fogg, P.C. will continue to represent Defendant John D. Leonard. Accordingly, it is

ORDERED that Brian C. Proffitt's Notice of Withdrawal is **GRANTED**.

Dated: November 29, 2005

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                U. S. District Judge