IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 03-cv-00488-WYD-BNB

BRENDA ATTEBERRY,

Plaintiff,

v.

LONGMONT UNITED HOSPITAL, a Colorado nonprofit corporation, and
JOHN D. LEONARD, M.D.,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Motion to Amend Pre-Trial Order** (the "Motion") filed by defendant John D. Leonard, M..D., on December 12, 2005. I held a hearing on the Motion this morning and made rulings on the record, which are incorporated by reference. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED, and the final pretrial order is amended to add Drs. Kevin Berg and Cleve Trimble as non-retained expert witnesses for Dr. Leonard.

IT IS FURTHER ORDERED that Dr. Leonard shall serve on the plaintiff and file with the Court, on or before **January 16, 2006**, summaries of the opinions and testimony he anticipates from Drs. Berg and Trimble.

IT IS FURTHER ORDERED that Drs. Berg and Trimble shall make themselves available for deposition at a date and time as the parties may agree on or before **January 31, 2006**, in Denver, Colorado. Any costs or fees associated with the appearance of Drs. Berg and Trimble in

Denver rather than at their place of residence or employment shall be borne by Dr. Leonard.

IT IS FURTHER ORDERED that the plaintiff may submit supplements to her expert witness reports on or before **February 10, 2006**, rebutting the opinions and testimony to be offered by Drs. Berg and Trimble.

Dated January 3, 2006.

                                              BY THE COURT:

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge