IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 03-cv-488-WYD-BNB

BRENDA ATTEBERRY,

    Plaintiff,

v.

LONGMONT UNITED HOSPITAL, a Colorado nonprofit corporation; and
JOHN D. LEONARD, M.D.,

    Defendants.
_____

**ORDER**
_____

THIS MATTER comes before the Court on Defendant Dr. Leonard's Motion to Preclude Testimony of Plaintiff's Expert Marc [sic] Dixon (# 126), filed October 7, 2005. The Court notes that Defendant Longmont Untied Hospital joined in this Motion on October 18, 2005.  A hearing on this matter was held on Tuesday, January 31, 2006, at which time the parties had the opportunity to present the testimony of expert witnesses and to argue the merits of their positions before the Court.  For the reasons stated on the record, it is

ORDERED that Defendant Dr. Leonard's Motion to Preclude Testimony of Plaintiff's Expert Marc [sic] Dixon (# 126) is **DENIED**.  It is

FURTHER ORDERED that the seven-day jury trial in this case will begin on **Monday, March 27, 2006, at 8:30 a.m.** and will continue that day until not later than 3:30 p.m.  There will be no trial on Tuesday, March 28, or Wednesday, March 29.  The

trial will resume on Thursday, March 30, 2006, at 1:00 p.m. and will continue that day until 5:30 p.m. Full trial days will be held March 31, 2006, and during the week of April 3, 2006.

Dated: February 1, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge