IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 03-cv-488-WYD-BNB

BRENDA ATTEBERRY,

      Plaintiff,

v.

LONGMONT UNITED HOSPITAL, a Colorado nonprofit corporation; and
JOHN D. LEONARD, M.D.,

      Defendants.
_____

## ORDER
_____

      THIS MATTER is before the Court on pending motions heard at the Final Trial
Preparation Conference on Wednesday, March 15, 2006.  For the reasons stated on
the record, it is

      ORDERED that Plaintiff's Combined Motions in Limine (# 155), filed January 13,
2006, are **DENIED IN PART AND GRANTED IN PART**.  It is

      FURTHER ORDERED that the Plaintiff's Motion is **DENIED** to the extent that
Plaintiff requests that Defendants be precluded from referring to or eliciting evidence
regarding the police report or investigation of Scott Atteberry's accident.  It is

      FURTHER ORDERED that Plaintiff's Motion is **DENIED** to the extent that
Plaintiff requests that Defendants be precluded from referring to or eliciting evidence
regarding Plaintiff's work history for a prior employer.  It is

      FURTHER ORDERED that Plaintiff's Motion is **DENIED** to the extent that

Plaintiff requests that Defendants be precluded from referring to or eliciting evidence regarding Plaintiff's prior treatment for unrelated mental health conditions.  It is

FURTHER ORDERED that Plaintiff's Motion is **GRANTED** to the extent that Plaintiff requests that Defendants be precluded from referring to or eliciting evidence regarding Plaintiff's decedent's unrelated conduct well before the medical treatment at issue in this case.  It is

FURTHER ORDERED that Plaintiff's Motion is **DENIED** to the extent that Plaintiff requests that Defendants be precluded from referring to or eliciting evidence regarding the peer review process.  It is

FURTHER ORDERED that evidence regarding the peer review process shall not be mentioned in opening statements.  It is

FURTHER ORDERED that Defendant Longmont United Hospital's Motion in Limine to Exclude Evidence of Scott Atteberry's Lack of Insurance (# 157), filed January 17, 2006, and Defendant John D. Leonard, M.D.'s Motion in Limine to Exclude Evidence of Scott Atteberry's Lack of Insurance (# 159), filed January 17, 2006, are **DEFERRED UNTIL TRIAL**.  It is

FURTHER ORDERED that Plaintiff shall not mention Scott Atteberry's lack of insurance in opening statement.  It is

FURTHER ORDERED that any question to be asked by Plaintiff of any witness regarding Scott Atteberry's lack of insurance must be raised outside the presence of the jury.  It is

FURTHER ORDERED that Plaintiff's Request that the Court Take Judicial

Notice (# 186), filed March 1, 2006, is **DENIED**.  It is

FURTHER ORDERED that Defendant John D. Leonard, M.D.'s Request that the Court Take Judicial Notice (# 187), filed March 3, 2006, is **DENIED**.  It is

FURTHER ORDERED that the parties **MEET AND CONFER** to reduce to writing any stipulated facts to be read at trial.  It is

FURTHER ORDERED that the parties' list of stipulated facts shall be filed by **Thursday, March 23, 2006**.  It is

FURTHER ORDERED that the parties shall **MEET AND CONFER** and reach maximum agreement on joint exhibits and exhibits to which admissibility can be stipulated.  It is

FURTHER ORDERED that the parties' amended exhibit lists shall be filed by **Tuesday, March 21, 2006**.  It is

FURTHER ORDERED that each party shall deliver to the Court's chambers a CD ROM with exhibits by **Wednesday, March 22, 2006**.  It is

FURTHER ORDERED that if the parties elect to file a "glossary of terms," it may be filed as a joint exhibit.  It is

FURTHER ORDERED that the parties shall **MEET AND CONFER** and reach maximum agreement possible on jury instructions.  It is

FURTHER ORDERED that additional stipulated jury instructions shall be filed by **Tuesday, March 21, 2006**.  It is

FURTHER ORDERED that a joint statement of the case shall be filed by **Tuesday, March 21, 2006**.  It is

FURTHER ORDERED that Plaintiff's Motion to Amend Final Pretrial Order (# 195), filed March 8, 2006, is **DENIED**.  It is

FURTHER ORDERED that Plaintiff's Objections to Order Denying Motion for Protective Order (# 202), filed March 13, 2006, are **OVERRULED**.  It is

FURTHER ORDERED that the parties shall **MEET AND CONFER** to resolve the issue of when Defendant Dr. Leonard may call his expert Dr. Jon Burch out of order.

Dated:  March 16, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge