IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 03-cv-488-WYD-BNB

BRENDA ATTEBERRY,

    Plaintiff,

v.

LONGMONT UNITED HOSPITAL, a Colorado nonprofit corporation; and
JOHN D. LEONARD, M.D.,

    Defendants.

_____

**ORDER**
_____

    THIS MATTER is before the Court on motions in limine.  For the reasons stated on the record during trial, it is

    ORDERED that Defendant Longmont United Hospital's Motion in Limine to Exclude Evidence of Scott Atteberry's Lack of Insurance [# 157], filed January 17, 2006, is **GRANTED**.  It is

    FURTHER ORDERED that Defendant John D. Leonard, M.D.'s Motion in Limine to Exclude Evidence of Scott Atteberry's Lack of Insurance [# 159], filed January 17, 2006, is **GRANTED**.

    Dated:  April 11, 2006

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge