IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 03-cv-488-WYD-BNB

BRENDA ATTEBERRY,

    Plaintiff,

v.

LONGMONT UNITED HOSPITAL, a Colorado nonprofit corporation; and
JOHN D. LEONARD, M.D.,

    Defendants.
_____

**ORDER**
_____

THIS MATTER is before the Court on review of pending motions.  For the reasons stated on the record, it is

ORDERED that Defendant Longmont United Hospital's Request for Forthwith Rulings on Objections Made During Dr. Smith's Videotaped Deposition [# 237], filed April 2, 2006, is **DENIED AS MOOT**.  It is

FURTHER ORDERED that Defendant Longmont United Hospital's Motion to Strike Plaintiff's Calling Dr. John Moore as a Rebuttal Witness [# 240], filed April 5, 2006, is **DENIED AS MOOT**.  It is

FURTHER ORDERED that Defendant Longmont United Hospital's Motion for Judgment as a Matter of Law [# 248], filed April 9, 2006, is **DENIED**.

Dated: April 13, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge